IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TEAM MARKETING CROUP, INC., | ) |
| Plaintiff, | ) No. 3:11-00979 |
| | ) JUDGE HAYNES |
| v. | ) |
| BARCLAYS BANK DELAWARE, et al., | ) |
| Defendants. | ) |

ORDER

Before the Court is the Defendant Barclay's motion to dismiss first amended complaint in favor of arbitration (Docket Entry No. 21), citing the parties' agreement to arbitrate their disputes. Upon review of the record, this action is **ADMINISTRATIVELY CLOSED** to allow the parties to conduct arbitration proceedings. The motion to dismiss (Docket Entry No. 21) is **DENIED as moot.** All other issues are **RESERVED.**

It is so **ORDERED.**

ENTERED this the 30 day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge