# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

TEAM MARKETING CROUP, INC., )
)
    Plaintiff, )
)      No. 3:11-00979
)      JUDGE HAYNES
v. )
)
BARCLAYS BANK DELAWARE, et al., )
)
    Defendants. )

## O R D E R

Before the Court is the Defendant Barclay's motion to dismiss first amended complaint in favor of arbitration (Docket Entry No. 21), citing the parties' agreement to arbitrate their disputes. Upon review of the record, this action is **ADMINISTRATIVELY CLOSED** to allow the parties to conduct arbitration proceedings. The motion to dismiss (Docket Entry No. 21) is **DENIED as moot.** All other issues are **RESERVED.**

It is so **ORDERED.**

**ENTERED** this the _30_ day of March, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge